**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| TracBeam, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>Apple Inc.,<br><br>        Defendant. | Case No. 6:14-cv-680<br><br>**Jury Trial** |

**Complaint for Patent Infringement**

Plaintiff TracBeam, LLC files suit against Defendant Apple Inc. and alleges the following on information and belief.

**Introduction**

1. Plaintiff TracBeam owns the inventions described and claimed in the following United States Patents:

    - US Patent No. 8,032,153, entitled "Multiple Location Estimators for Wireless Location" (the '153 patent);

    - US Patent No. 7,764,231, entitled "Wireless Location Using Multiple Mobile Station Location Techniques" (the '231 patent);

    - US Patent No. 7,525,484, entitled "Gateway and Hybrid Solutions for Wireless Location" (the '484 patent); and

    - US Patent No. 7,298,327, entitled "Geographic Location Using Multiple Location Estimators" (the '327 patent).

2. Defendant Apple has used and continues to use Plaintiff's patented technology in products and services that it makes, uses, imports, sells, and offers to sell.  TracBeam seeks damages for patent infringement and an injunction preventing Defendant from making, using, selling, or offering to sell products and services claimed by the asserted patents without Plaintiff's permission.

**Plaintiff TracBeam**

3. Plaintiff TracBeam is an inventor-owned company that has been awarded numerous patents relating to fundamental innovations in wireless location technology for use in consumer and enterprise settings, and for both outdoor and indoor location. TracBeam is a limited liability company organized and existing under the laws of the State of Colorado.

**Defendant Apple**

4. Defendant Apple Inc. is a California corporation with a principal place of business in Cupertino, California.

**The Asserted Patents**

5. The United States Patent and Trademark Office issued the '153 patent on October 4, 2011 (exhibit A); the '231 patent (exhibit B) on July 27, 2010; the '484 patent (exhibit C) on April 28, 2009; and the '327 patent (exhibit D) on November 20, 2007. Plaintiff TracBeam is the owner of all right, title, and interest in the patents, including all rights to pursue and collect damages for infringement of the patents.

**Jurisdiction and Venue**

6. This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 271 and 281, *et seq*. The Court has original jurisdiction over this patent infringement action under 28 U.S.C. § 1338(a).

7. Venue is proper in this district pursuant to 28 U.S.C. §1391(b) and §1400. Apple has committed acts and continues to commit acts within this judicial district giving rise to this action. In addition, this Court has presided over other matters involving the asserted '231 and '484 patents: *TracBeam, LLC v. AT&T, Inc., et al.*, case no. 6:11-cv-96 (LED) and *TracBeam, LLC v. Google Inc.*, case no. 6:13-cv-93 (LED), which recently settled. This Court is also currently presiding over the recently filed action *TracBeam, LLC v. T-Mobile US, Inc., et*

*al.*, case no. 6:14-cv-00678 (E.D. Tex.), in which each of the four asserted patents are also asserted against T-Mobile.

### First Claim for Patent Infringement
### ('153 patent)

8. Plaintiff incorporates by reference each of the allegations in paragraphs 1-7 above and further alleges as follows.

9. On October 4, 2011, the United States Patent and Trademark Office issued US Patent No. 8,032,153, which discloses and claims "Multiple Location Estimators for Wireless Location."

10. Plaintiff TracBeam is the owner of the '153 patent with full rights to pursue recovery of royalties or damages for infringement of the patent, including full rights to recover past and future damages.

11. Each claim of the '153 patent is valid and enforceable.

12. Defendant Apple has directly infringed the '153 patent, and will continue to do so unless enjoined, by making, using, providing, selling, and offering for sale products and services that infringe the claims of the '153 patent, including Apple's location service for the iOS and Mac OS devices and the applications and services that consume or make use of the location information collected and provided by Apple's location service, including Maps, Siri, Safari, Find My iPhone, Camera, and the iAds network.

13. Plaintiff TracBeam has been damaged by Apple's infringement of the '153 patent.

14. Plaintiff demands trial by jury of all issues relating to this claim.

### Second Claim for Patent Infringement
### ('231 patent)

15. Plaintiff incorporates by reference each of the allegations in paragraphs 1-7 above and further alleges as follows.

16.     On July 27, 2010, the United States Patent and Trademark Office issued US Patent No. 7,764,231, which discloses and claims "Wireless Location Using Multiple Mobile Station Location Techniques."

17.     Plaintiff TracBeam is the owner of the '231 patent with full rights to pursue recovery of royalties or damages for infringement of the patent, including full rights to recover past and future damages.

18.     Each claim of the '231 patent is valid and enforceable.

19.     Defendant Apple has directly infringed the '231 patent, and will continue to do so unless enjoined, by making, using, providing, selling, and offering for sale products and services that infringe the claims of the '231 patent, including Apple's location service for the iOS and Mac OS devices and the applications and services that consume or make use of the location information collected and provided by the Apple location service, including Maps, Siri, Safari, Find My iPhone, Camera, and the iAds network.

20.     Plaintiff TracBeam has been damaged by Apple's infringement of the '231 patent.

21.     Apple's infringement of the '231 patent has been and continues to be willful. Apple has had knowledge of the '231 patent since at least March 2014 when the '231 patent was cited by the Examiner as prior art to Apple's own patent application No. 13/153,069. Apple has disregarded an objectively high likelihood that its actions infringe the '231 patent. This risk has been known to Apple or is otherwise so obvious that it should have been known to Apple.

22.     Plaintiff demands trial by jury of all issues relating to this claim.

### Third Claim for Patent Infringement
('484 patent)

23.     Plaintiff incorporates by reference each of the allegations in paragraphs 1-7 above and further alleges as follows.

24.     On April 28, 2009, the United States Patent and Trademark Office issued US Patent No. 7,525,484 which discloses and claims "Gateway and Hybrid Solutions for Wireless Location."

25.     Plaintiff TracBeam is the owner of the '484 patent with full rights to pursue recovery of royalties or damages for infringement of the patent, including full rights to recover past and future damages.

26.     Each claim of the '484 patent is valid and enforceable.

27.     Apple has directly infringed the '484 patent, and will continue to do so unless enjoined, by making, using, providing, selling, and offering for sale products and services that infringe the claims of the '484 patent, including Apple's location service for the iOS and Mac OS devices and the applications and services that consume or make use of the location information collected and provided by the Apple location service, including Maps, Siri, Safari, Find My iPhone, Camera, and the iAds network.

28.     Plaintiff TracBeam has been damaged by Apple's infringement of the '484 patent.

29.     Apple's infringement of the '484 patent has been and continues to be willful. Apple has had knowledge of the '484 patent since at least March 2010 when the '484 patent was cited by the Examiner as prior art to Apple's own patent application No. 11/827,119. Apple has disregarded an objectively high likelihood that its actions infringe the '484 patent. This risk has been known to Apple or is otherwise so obvious that it should have been known to Apple.

30.     Plaintiff demands trial by jury of all issues relating to this claim.

### Fourth Claim for Patent Infringement
('327 patent)

31.     Plaintiff incorporates by reference each of the allegations in paragraphs 1-7 above and further alleges as follows.

32.     On November 20, 2007, the United States Patent and Trademark Office issued US

Patent No. 7,298,327 which discloses and claims "Geographic Location Using Multiple Location Estimators."

33.     Plaintiff TracBeam is the owner of the '327 patent with full rights to pursue recovery of royalties or damages for infringement of the patent, including full rights to recover past and future damages.

34.     Each claim of the '327 patent is valid and enforceable.

35.     Apple has directly infringed the '327 patent, and will continue to do so unless enjoined, by making, using, providing, selling, and offering for sale products and services that infringed the claims of the '327 patent, including Apple's location service for the iOS and Mac OS devices and the applications and services that consume or make use of the location information collected and provided by the Apple location service, including Maps, Siri, Safari, Find My iPhone, Camera, and the iAds network.

36.     Plaintiff TracBeam has been damaged by Apple's infringement of the '327 patent.

37.     Apple's infringement of the '327 patent has been and continues to be willful. Apple has had knowledge of the '327 patent since at least March 2010 when the '327 patent was cited by the Examiner as prior art to Apple's own patent application No. 11/827,119.  Apple has disregarded an objectively high likelihood that its actions infringe the '327 patent.  This risk has been known to Apple or is otherwise so obvious that it should have been known to Apple.

38.     Plaintiff demands trial by jury of all issues relating to this claim.

## Prayer for Relief

WHEREFORE, Plaintiff prays for judgment as follows:

    A.     A judgment in favor of Plaintiff that Apple has infringed each of the four asserted patents and that the patents are valid and enforceable;

    B.     A judgment that Apple has willfully infringed the '231, '484, and '327 patents;

  C. A decree preliminarily and permanently enjoining Apple as well as its officers, directors, employees, agents, and all persons in active concert with Apple, from infringing the asserted patents;

  D. A judgment and order requiring Apple to pay Plaintiff compensatory damages, costs, expenses, and pre- and post-judgment interest for Apple's infringement of the asserted patents occurring through the time of trial, as provided under 35 U.S.C. §284;[1]

  E. A judgment and order finding that this patent infringement case is exceptional within the meaning of 35 U.S.C. §285 and awarding Plaintiff its reasonable attorneys' fees and costs; and

  F. Any and all other relief to which Plaintiff may be entitled.

Dated:  August 8, 2014

Respectfully submitted,

By: */s/ Jeff Eichmann*
John Jeffrey Eichmann
CA State Bar No. 227472
(Admitted to practice in the Eastern District of Texas)
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, CA 90401
Telephone:  310-656-7066
Facsimile:  310-657-7069
jeff@dovel.com

S. Calvin Capshaw
State Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
**CAPSHAW DERIEUX, LLP**
114 E. Commerce
Gladewater, Texas 75647

---

[1] TracBeam reserves the right to seek damages for post-verdict infringement or to ask that an ongoing royalty be imposed in this proceeding or a separately filed proceeding or lawsuit.

Telephone: (903) 236-9800
Facsimile: (903) 236-8787
Email:  capshaw@capshawlaw.com
Email:  ederieux@capshawlaw.com

Robert M. Parker
State Bar No. 15498000
Robert Christopher Bunt
State Bar No. 00787165
Charles Ainsworth
State Bar No. 00783521
**PARKER, BUNT & AINSWORTH PC**
100 East Ferguson, Ste. 1114
Tyler, TX 75702
Telephone: (903) 531-3535
Facsimile: (903) 533-9687
Email: rmparker@pbatyler.com
Email: rcbunt@pbatyler.com
Email: charley@pbatyler.com

ATTORNEYS FOR PLAINTIFF
TRACBEAM, LLC